UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANITA ROLL,           ) | |
|     Plaintiff        ) | CAUSE NO.  3:23-cv-00142 |
|                         ) | |
| v.                          ) | |
|                         ) | |
| HOUCHENS FOOD GROUP, INC., ) | |
|     Defendant   ) | |

## COMPLAINT AND JURY DEMAND

Comes now Plaintiff, by counsel, Daniel A. Barfield of Robert John & Associates, P.C., and for her Complaint against Defendant, Houchens Food Group, Inc., states as follows:

## JURISDICTION AND VENUE

1. The Plaintiff, Anita Roll, is a resident of Evansville, Vanderburgh County, Indiana;

2. The Defendant, Houchens Food Group Inc., is a Kentucky Corporation with its principal place of business in Bowling Green, Kentucky;

3. The amount in controversy in this cause exceeds $75,000.00, exclusive of interest and costs;

4. The Court has jurisdiction pursuant to 28 U.S.C. 1332;

5. Venue is proper in this District pursuant to 28 U.S.C. 1391;

## COUNT I – NEGLIGENCE

1-5. The Plaintiff re-alleges and incorporates by reference paragraphs 1-5 of Plaintiff's Complaint as paragraphs 1-5 of Count I of Plaintiff's Complaint as if fully set forth herein;

6. At all times relevant hereto, the Defendant, Houchens Food Group, Inc., operated a store located at 1365 Covert Avenue in Evansville, Vanderburgh County, Indiana;

7. On December 8, 2021, Plaintiff, Anita Roll, was a business invitee at the store operated by Houchens Food Group, Inc., located at 1365 Covert Avenue in Evansville, Vanderburgh County, Indiana;

8. On said date, Plaintiff, Anita Roll, slipped and fell due to a wet floor at the aforementioned property resulting in severe and permanent injuries to Plaintiff, Anita Roll;

9. The Defendant, Houchens Food Group, Inc., had a duty to maintain its premises in a reasonably safe condition, to inspect the premises for hazards, and to warn business invitees about hazardous conditions on the property;

10. The above-described injury to Plaintiff, Anita Roll, was a direct and proximate result of the careless and negligent acts and/or omissions of the Defendant, Houchens Food Group, Inc., including, but not limited to:

   a. Failing to maintain the property in a reasonably safe condition for business invitees;

   b. Failing to warn business invitees about the hazardous conditions on the property; and/or

   c. Failing to inspect the property for hazards;

11. As a direct and proximate result of the negligence of the Defendant, Houchens Food Group, Inc., Plaintiff, Anita Roll, suffered severe and permanent injuries, has incurred hospital, medical, and prescription expenses, has suffered physical and emotional pain, has missed opportunities to enjoy life, and will continue to incur such losses and damages in the future.

**WHEREFORE**, the Plaintiff, Anita Roll, demands judgment against the Defendant, Houchens Food Group, Inc., for damages in an amount in excess of the jurisdictional amount of Seventy Five Thousand Dollars ($75,000.00), for costs of this action, and for all other relief just and proper in the premises.

**PLAINTIFF RESPECTFULLY REQUESTS TRIAL BY JURY**

**Respectfully submitted**,

BY:    Daniel A. Barfield, #18526-64
ROBERT JOHN & ASSOCIATES, P.C.
5820 Vogel Rd.
Evansville, IN. 47715
Phone: (812) 425-2718
Fax:    (812) 425-2874
dan@rjohnlaw.com
ATTORNEY FOR PLAINTIFFS\

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of September 2023, a copy of the foregoing has this day been electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing upon all counsel of record.

*/s/ Daniel A. Barfield.*
Daniel A. Barfield
Attorney for Plaintiff