IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| ANITA ROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO.: 3:23-CV-00142 |
| | ) |
| HOUCHENS FOOD GROUP, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter comes before the Court on a Stipulation of Dismissal (Doc. 44), and the Court, being duly advised in the premises, now finds that said action should be dismissed, with prejudice.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this action is dismissed, with prejudice, costs paid.

Dated: January 23, 2025

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

Served electronically on all ECF-registered counsel of record.